UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

              v.                                                    5:14-CR-287
                                                            (FJS)

JOHN D. PRIANO,

                              **Defendant.**
_____

### ORDER

      Having considered Defendant's request for early termination of his term of supervised release, *see* Dkt. No. 33, the United States Probation Office's response thereto, and the Government's response, *see* Dkt. No. 34, the Court hereby

      **ORDERS** that Defendant's request is **DENIED** at this time, without prejudice, with leave to renew after December 31, 2017.

**IT IS SO ORDERED**.

Dated: July 28, 2017
       Syracuse, New York

                                                                                             Frederick J. Scullin, Jr.
                                                                                             Senior United States District Judge