UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

        vs.                               5:14-cr-287-001 (FJS)

**JOHN D. PRIANO,**

        **Defendant.**

---

### EARLY TERMINATION OF SUPERVISED RELEASE ORDER

Having considered Defendant's request for early termination of his supervised release term and the government's response thereto, the Court hereby

**ORDERS** that Defendant's request is **GRANTED**; that the Defendant is discharged from supervision and that all proceedings in the case be terminated.

**IT IS SO ORDERED**.

Dated: January 11, 2018
       Syracuse, New York

                                                  Frederick J. Scullin, Jr.
                                                  Senior United States District Judge